# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-2697

_____

| | | |
|---|---|---|
| Michael E. McKinzy, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Union Pacific Railroad Company, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: January 6, 2012
Filed: January 9, 2012

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael McKinzy appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, see Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 514 (8th Cir. 2011) (standard of review), we conclude summary judgment was proper for the reasons given by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.